This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. © U.S. Postal Service; October 2023. All rights reserved.

PRIORITY MAIL
LEGAL FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

how2recycle.info
FSC
MIX
FSC® C116010
PAPER POUCH

UNITED STATES
SERVICE®

PRIORITY®
MAIL

...tified for domestic use.
...$100 of insurance (restrictions apply).*
...uded for domestic and many international destinations.

MARY SWENSON
(619) 323-7579
THE UPS STORE #7394
1936 US HWY 19 N
HOLIDAY FL 34691-5539

3 LBS
SHP WT: 3 LBS
DATE: 06 AUG 2025
1 OF 1

SHIP UNITED STATES DISTRICT COURT OF CA
TO: CLERK OF COURTS
333 W BROADWAY #420
SAN DIEGO CA 92101

Att: Clerk 8/6/25
Southern CA

CA 921 9-10



UPS GROUND
TRACKING #: 1Z EW5878E2 03 0230 6218

BILLING: P/P

RECEIVED
AUG 1 2 2025
U.S. MARSHALS SERVICE

RECEIVED
AUG 1 2 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

how2recycle
scan the QR code.

