Clerk of the United States District Court
Southern District of California

Re: Case 3:25 CV 01398
Pro Se filing -

Motion to Vacate Judgment

I am submitting a handwritten Motion to vacate Judgment under Rule 60(b). I am a pro se litigant and do not have access to a printer. I also require a disability accomodation for low vision disability. Please file this motion in my case.

The court has been using the wrong zip code for my address. The court used 34960 but the correct zipcode is 34690 and was corrected in a previous filing. Because of this error I did not receive any of the Courts orders or dismissal notices.

Please update my address to the correct zip code again and ensure all future mail is sent to:

Mary Swenson nee Scott

Mary Swenson
5617 Silver Spur Dr
Holiday, FL 34690
619-323-7579
5-28-26

Re: Swenson V. Kuehn et al
Dotseth et al
Swenson et al
et al

FILED

JUN 0 3 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

United States District Court So District CA

Case # 3:25 cv 01398

Mary Swenson pro se filer
v
Kuehni et al., Dotseth et al., Swenson et al

Motion to Vacate Judgment under Rule 60(b)

I am asking the court to vacate the dismissal of my case because I never received the Courts orders or notices. The court used the wrong zip code for my address, The court sent mail to zip code 34960 but the correct zip code is #34690.

Because of the error I did not receive the order the court said I failed to comply with. I did not receive the dismissal order or any other notices. I had no way to respond because I never got the mail.

I am asking the court to vacate the judgment under Rule 60(b)(1), Rule 60(b)(4) and Rule 60(b)(6). I could not comply with orders never received, and the judgment is void because I was denied notice and a fair chance to respond.

I respectfully ask the court to correct my address, vacate the dismissal, and allow my case to proceed.

Mary Swenson Ne'Scott
Mary Swenson
5617 Silver Spur Dr
Holiday, FL 34690
5/28/26

619-323-7579

Mary Swenson
5617 Silver Spur Dr
Holiday, FL
            34690



TAMPA FL 335
SAINT PETERSBURG FL
30 MAY 2026 PM 4 L

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Clerk of Court
US District Court - So District
                              Court CA
333 West Broadway #420
San Diego, Ca
92101-380620